■ In the Matter of MUSTAFA ARKALI, Appellant, v WILLIAM MUUSS et al., Respondents. [10 NYS3d 645]—Appeal from an order of the Family Court, Suffolk County (Bernard Cheng, J.), dated January 27, 2014. The order denied the father's objections to an order of that court (Aletha V. Fields, S.M.), dated December 2, 2013, which denied his petition, in effect, for a recalculation of his child support arrears for the benefit of William Muuss.

Ordered that the order dated January 27, 2014, is reversed, on the facts and in the exercise of discretion, without costs or disbursements, the father's objections to the order dated December 2, 2013, which denied his petition, in effect, for a recalculation of his child support arrears for the benefit of William Muuss, are granted, the order dated December 2, 2013, is vacated, the father's petition, in effect, for a recalculation of child support arrears for the benefit of William Muuss is granted, and the matter is remitted to the Family Court, Suf-

folk County, for a hearing on the issue of a recalculation of the father's child support arrears for the benefit of William Muuss and a determination thereafter.

Under the circumstances presented, the father demonstrated that a hearing to recalculate his child support arrears for the benefit of William Muuss is warranted (*see* Family Ct Act § 545; *Matter of Johnson v Carter*, 83 AD3d 940 [2011]; *see generally Matter of Griffin v Griffin*, 25 AD3d 797, 798 [2006]). Accordingly, the matter must be remitted to the Family Court, Suffolk County, for that purpose and a determination thereafter. Chambers, J.P., Hall, Cohen and Maltese, JJ., concur.